1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   TIMOTHY LEWIS WHITING,        )     No. EDCV 11-1603-CAS(CW)
                                   )
13              Plaintiff,         )     JUDGMENT
                                   )
14         v.                      )
                                   )
15   COUNTY OF RIVERSIDE, et al.,  )
                                   )
16              Defendants.        )
                                   )
17   _____)

18       **IT IS ADJUDGED** that this action is dismissed without prejudice.

19

20   DATED: May 21, 2012

21                                       *Christina A. Snyder*

22                                       _____
                                              CHRISTINA A. SNYDER
23                                        United States District Judge

24

25

26

27

28